**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:  Case No.19-15157
  Chapter 13

Fred James Hessler

_____Debtor____/

**NOTICE OF LATE FILING OF PAPER**
**PURSUANT TO LOCAL RULE 5005-1(F)(2)**

Rachamin Cohen, ("Movant") files this Notice of Late Filing of Paper Pursuant to To Local Rule 5005-1(F)(2) and states as follows:

1. The attached Response in Opposition to the Motion for the Imposition of Sanctions Against the Debtor and his Attorney Pursuant to Bankruptcy Rule 9011 [ECF No. 153] is filed for consideration at the hearing scheduled on April 22, 2020, at 9:30AM to consider the Motion for the Imposition of Sanction Against the Debtor and his Attorney Pursuant to Bankruptcy Rule 9011.

2. Movant has been unable to comply with the requirement of Local Rule 5005-1(F)(1) for timely submission of papers in matters already set for hearing due to the following circumstances: We are living in unprecedented times; the past six weeks have not been business as usual. Undersigned parents were both infected with COVID19 and undersigned spent considerable amount of time to ensure they were being cared for and their recovery. Additionally, undersigned is working from home with four school-aged children and finds himself with new responsibilities of assisting in their distance learning, including sharing his work laptop.

Movant respectfully requests that the court consider this paper at the above scheduled hearing.

**CERTIFICATE OF SERVICE**

I, Rachamin Cohen, Attorney for Debtor Fred James Hessler, hereby certify that on April 21, 2020, I electronically filed the Certificate of Service regarding the Notice of Late Filing Paper with the United States Bankruptcy Court for the Southern District of Florida using the CM/ECF System. I have served the foregoing documents on the following CM/ECF participants:

| | |
|---|---|
| **Office of the US Trustee** | **USTPRegion21.MM.ECF@usdoj.gov** |
| **Robin R Weiner** | **ecf@ch13weiner.com;ecf2@ch13weiner.net** |
| **Steven G Powrozek** | **spowrozek@logs.com** |
| **Isabel Colleran** | isabel.colleran@blaxgray.com |
| Mark Roher | mroher@markroherlaw.com |

I certify that on April 21, 2020 I have mailed via first-class mail, postage prepaid, the documents electronically filed with the Court on the additional parties listed below.

    Submitted by:
    /s/ Rachamin Cohen
    Rachamin "Rocky" Cohen, Esq.
    Attorney for Debtor
    Florida Bar No. 96305
    Cohen Legal Services, PA
    12 SE 7th Street
    Suite 805
    Fort Lauderdale, FL 33301
    Telephone: 305-570-2326
    Email: Rocky@lawcls.com

VIA USPS:
Bachrodt, Louis CIII
1801 West Atlantic Boulevard
Pompano Beach, FL 33069

Tri-County Truck & Equipment
1801 W Atlantic Blvd
Pompano Beach, FL 33069

BCSS Ltd.
c/o Law Office of Mark S. Roher, P.A.
150 S. Pine Island Road, Suite 150
Plantation, FL 33324

LF-36 (rev. 12/01/09)