**UNITED STATES BANKRUTPCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

Fred James Hessler                      CASE NO. 19-15157-SMG
                                                                 Chapter 13

      Debtor.
_____/

## SUPPLEMENTAL AFFIDAVIT OF ATTORNEYS' FEES AND COSTS

STATE OF FLORIDA          )
                                   ) ss:
COUNTY OF BROWARD    )

      Before me, the undersigned authority, duly authorized to take acknowledgments and administer oaths in the State and County aforesaid, personally appeared RACHAMIN COHEN, of Cohen Legal Services, P.A. who, after being duly sworn on oath, deposes and says:

      1.      That Affiant's law firm, Cohen Legal Services, P.A. ("CLS") is Debtor's, counsel in this action.

      2.      That Affiant has personal knowledge of the facts set forth herein or those facts as they appear in the business records of the law firm. Those records were made and kept in the ordinary course of business at the law firm.

      3.      The law firm's time records show that the following additional attorney time was spent defending Tri-County's Motion for the Imposition of Sanctions:

            Rachamin "Rocky" Cohen (Attorney): 2.9 hours @ $375.00 per hour =
            **Total:**                                                            **$1,087.50**

True and correct copies of the law firm's billing records for this matter are attached hereto and are incorporated herein by reference.

FURTHER AFFIANT SAYETH NAUGHT

_____
RACHAMIN COHEN

SWORN TO AND SUBSCRIBED before me this 27ᵗʰ day of April, 2020.

_____
Notary Public, State of Florida

My Commission Expires:

__X__ Personally Known to Me OR

_____ Produced _____ as identification.

SUSANNA IBARRA
Notary Public - State of Florida
Commission # GG 303568
My Comm. Expires Feb 19, 2023
Bonded through National Notary Assn.

# Activities Export

0
AM

| Date | Type | Description | Matter | User | Hours | Rate ($/hr) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/22/2020 | 🕐 | Prepare for and attend hearing on Motion. | 00065-Hessler | Rachamin Cohen | 0.20 | 375.00 | - | 75.00 |
| 04/22/2020 | 🕐 | Review Tri-County's Reply to Debtor's Response and draft Notice of Late Filing. | 00065-Hessler | Rachamin Cohen | 0.30 | 375.00 | - | 112.50 |
| 04/21/2020 | 🕐 | Draft, edit and file response to Tri-County's Rule 9011 Motion. | 00065-Hessler | Rachamin Cohen | 1.20 | 375.00 | - | 450.00 |
| 04/20/2020 | 🕐 | Research case law on Rule 9011.! Gulf Coast, 261 B.R. 707. Davis v. Carl, 906 F.2d 533. In re Mroz, 65 F.3d 1567. In re Ballato, 183 B.R. 955. In re Walker 532 F.3d 304. | 00065-Hessler | Rachamin Cohen | 0.90 | 375.00 | - | 337.50 |
| 03/30/2020 | 🕐 | Review Motion for the Imposition of Sanctions and case law cited in the Motion. | 00065-Hessler | Rachamin Cohen | 0.30 | 375.00 | - | 112.50 |
| | | . | | | | | | |
| | | | | | | | -! | |
| | | | | | 2.90h | | $0.00 | $1,087.50 |
| | | | | | 0.0h | | | |